PLA. GEORGE GLASCO, SBN 065935
LAW OFFICE OF A. GEORGE GLASCO, A.P.C.
12121 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
213-279-2338; Fax: 213-674-4411
Email: george@glascolaw.com

Attorneys for Plaintiffs: Brenda Moore Richards, Individually
and as Trustee of the Gwendolyn R. Moore Revocable Living Trust;
Frederick F. Richards III as Trust Beneficiaryand the
LAW OFFICES OF A. GEORGE GLASCO, APC in Propria Personna.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>IN RE REGGIE BISHOP, aka REGGIE LYN BISHOP, aka REGGIE L. BISHOP<br><br>Debtor<br>_____<br>BRENDA MOORE RICHARDS, Individually and as Trustee of the GWENDOLYN R. MOORE REVOCABLE LIVING TRUST; FREDERICK F. RICHARDS III, as TRUST BENEFICIARY OF THE GWENDOLYN R. MOORE REVOCABLE LIVING TRUST; LAW OFFICES OF A. GEORGE GLASCO, APC.<br><br>Plaintiffs<br>vs.<br>REGGIE BISHOP<br><br>Defendant and Debtor | Chapter 7<br><br>Case No.: 2:16-bk-16503-RK<br><br>Adv. Proc. No. 2-16-ap-01383-RK<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE COURT DOCUMENTS AS EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT AND DEBTOR REGGIE L. BISHOP**<br><br>**PLACE**: COURTROOM OF JUDGE ROBERT KWAN: Courtroom 1675 at 255 E. Temple Street, Los Angeles, CA 90012<br>**DATE OF HEARING**: March 28, 2017<br>**TIME OF HEARING**: 3:00 p.m. |

Rule 201 of the Federal Rules of Evidence provides in pertinent part that:

**b) Kinds of Facts That May Be Judicially Noticed.** The court may judicially notice a fact that is not subject to reasonable dispute because it:

(**1**) is generally known within the trial court's territorial jurisdiction; or

(**2**) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

**(c) Taking Notice.** The court:

(**1**) may take judicial notice on its own; or

(**2**) must take judicial notice if a party requests it and the court is supplied with the necessary information.

Plaintiffs Brenda Moore Richards and Frederick F. Richards III request that the court take judicial notice of the following exhibits, all of which are under seal of the Clerk of the Los Angeles Superior Court and/or the Clerk of the California Second District Court of Appeal:

**216-bk-16503-RK; Adv. Pro. NO. 2-16:ap-01383-RK**

| EXHIBITS | DESCRIPTION |
|---|---|
| 1 | 07/13/15 First Amended Judgment After Bench Trial on: Quiet Title; Cancellation of Deeds; Financial Elder Abuse; Fraud; Constructive Fraud; Breach of Fiduciary Duty; Negligence; Constructive Fraud; and Constructive Trust- LASC: BP120811 |
| 2 | 08/16/16 Decision and Remittitur by California Second District Court of Appeal in Docket Nos. B265622 and B270074 dismissing Bishop's appeal on the 07/13/15 First Amended Judgment (07/13/15 First Amended Judgment) and the Appeal on the award of attorney's fees (B270074)(Certified) re BP120811 |
| 3 | 05/17/13 Petition/Complaint for: 1. Surcharge on Successor Trustee Nancy Willis. 2. Financial Elder Abuse (Welfare & Institutions Code §15610.e0). 3. |

|   | |
|---|---|
|   | Breach of Fiduciary Duty. 4. Fraud. Conversion. 5. Conversion. 6. Constructive Trust. 7. Constructive Fraud. 8. Accounting. 9. Negligence Per Se/ 10. Quiet Title. 11. Rescission of Deeds. - LASC: BP120811 |
| 4 | 01/05/11 Order After Hearing - LASC: BP120811 [Exhibit "32" at trial on the 07/13/15 First Amended Judgment] |
| 5 | 02/28/12 Decision of the California Second District Court of Appeal in B230638 imposing $20,000 sanctions against Reggie L. Bishop for taking a frivolous appeal on the settlement agreement incorporated into the 01/05/11 Order After Hearing - LASC: BP120811 |
| 6 | 06/26/14 Minute Order Granting Discovery Motion against Defendant Reggie Bishop and Nancy Willis - LASC: BP120811 [Exhibit "43" at trial on the First Amended Judgment] - LASC: BP120811(Certified) |
| 7 | 06/26/14 Order Granting the Default of Reggie L. Bishop, Required Notice and Setting of Trial - - LASC: BP120811 [Exhibit "42" at trial] |
| 8 | 02/09/15 Trust Beneficiaries Frederick F. Richards III and Brenda Moore Richards Notice of Setting Conference and Trial. - LASC: BP120811 |
| 9 | 04/03/15 Stipulated Order Granting Motion to File First Amended Petition- LASC: BP120811 |
| 10 | 04/03/ 15 First Amended Petition for: 1. Surcharge on Successor Trustee Nancy Willis. 2. Financial Elder Abuse (Welfare & Institutions Code §15610.e0). 3. Breach of Fiduciary Duty. 4. Fraud. Conversion. 5. Conversion. 6. Constructive Trust. 7. Constructive Fraud. 8. Accounting. 9. Negligence Per Se 10. Quiet Title. 11. Cancellation of Deeds- LASC: BP120811 |
| 11 | 12/04/12 Order on Motion to Enforce Settlement-LASC BP120811 |
| 12 | 01/13/16 Minute Order on attorney's fees, LASC BP120811 |

DATED: January 31, 2017                    Respectfully submitted,

*H. George Glasco*

By_____
A. GEORGE GLASCO
LAW OFFICES OF A. GEORGE GLASCO, P.C.
Attorneys for Brenda Moore Richards, Individually and as Trustee of the Gwendolyn R. Moore Revocable Trust and Frederick F. Richards III; Law Offices of A. George Glasco, APC in Propria Personna.

**PROOF OF SERVICE OF DOCUMENT**

I, MARCIA CALHOUN, declare:

I declare I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 12121 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

A true and correct copy of the foregoing document entitled: **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF CERTIFIED STATE COURT DOCUMENTS AS EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT AND DEBTOR REGGIE L. BISHOP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/03/17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE SERVICE LIST

2. **SERVED BY UNITED STATES MAIL**: On 02/03/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE SERVICE LIST

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/03/17 | MARCIA CALHOUN | /S/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

### SERVICE LIST:
**2:16-bk-16503-RK**
*2:16-ap-01383-RK*

*BY CHAMBERS COPY/COURTESY COPY DROPOFF IN COURTROOM 1675 IN BOX*

U.S. Bankruptcy Court
Honorable Robert N. Kwan
255 E. Temple Street, Courtroom 1675
Los Angeles, CA 90012

**BY ELECTRONIC MAIL NOTICE (NEF)**

Timothy Yoo, Bankruptcy Trustee
tjytrustee@1nbrb.com; tyoo@ecf.epiqsystems.com

United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

*BY REGULAR MAIL*

Reggie Bishop, Debtor and Defendant
3232 Silva Street
Lakewood, CA 90712