# EXHIBIT "2"

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

COURT OF APPEAL – SECOND DIST.
**FILED**
Aug 16, 2016
JOSEPH A. LANE, Clerk
sstahl    Deputy Clerk

| | |
|---|---|
| REGGIE LYN BISHOP, SR., <br><br> Defendant and Appellant, <br><br> v. <br><br> BRENDA RICHARDS et al., <br><br> Plaintiffs and Respondents. | B265622 <br><br> (L.A.S.C. No. BP120811) <br><br> (DAVID F. CUNNINGHAM III, Judge) |
| REGGIE LYN BISHOP, SR., <br><br> Defendant and Appellant, <br><br> v. <br><br> BRENDA RICHARDS et al., <br><br> Plaintiffs and Respondents. | B270074 <br><br> (L.A.S.C. No. BP120811) <br><br> (DAVID F. CUNNINGHAM III, Judge) <br><br> O R D E R |

Respondents' motion to consolidate case No. B265622 with case No. B270074 is granted. Appellant's requests for judicial notice of documents filed in the superior court in case Nos. BP120638 and BP120811 are granted.

Appellant's appeal in case No. B230638 was dismissed as frivolous, and Appellant was sanctioned $20,000 for pursuing a frivolous appeal and was ordered to pay respondents' costs. Appellant seeks now to revisit the settlement agreement that was the subject of that prior appeal, and underlies the current judgments from which he appeals. He acknowledges, however, that he has not paid the sanctions ordered by this Court. He has also failed to comply with multiple, final orders of the superior court with respect to assets of the trust and related discovery. In light of Appellant's acknowledged failure to

comply with this Court's prior opinion and related orders of the superior court, Respondents' motion to dismiss the consolidated appeals is granted. (*Gwartz v. Weilert* (2014) 231 Cal.App.4th 750, 757 ["a party to an action cannot seek the aid and assistance of an appellate court while standing in an attitude of contempt to the legal orders and processes of the courts of this state"].)

In light of this order granting Respondents' motions to dismiss, all remaining motions are denied as moot.

Respondents shall recover their costs in the consolidated appeals.

_____
ROTHSCHILD, P. J.

_____
CHANEY, J.

JOSEPH A. LANE, Clerk of the Court of Appeal, Second Appellate District, State of California, do hereby Certify that the preceding is a true and correct copy of the Original of an Order of this Court, as shown by the records of my office.

Witness my hand and the seal of this Court.

Dated  JAN 3 1 2017

By _Laurel Tiller_
    Deputy Clerk

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
JOSEPH A. LANE, CLERK

DIVISION 1

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

IN THE MATTER OF GWENDOLYN R. MOORE TRUST

REGGIE LYN BISHOP, SR.,
Petitioner,
v.
BRENDA RICHARDS et al.,
Respondents.
c/w B270074
B265622
Los Angeles County No. BP120811

**\*\*\* REMITTITUR \*\*\***

I, Joseph A. Lane, Clerk of the Court of Appeal of the State of California, for the Second Appellate District, do hereby certify that the attached is a true and correct copy of the original order, opinion or decision entered in the above-entitled cause on August 16, 2016 and that this order, opinion or decision has now become final.

Respondents to recover costs on appeal.

Witness my hand and the seal of the Court
affixed at my office this    OCT 1 9 2016

Joseph A. Lane, Clerk

by: S. Stahl,
    Deputy Clerk



cc:    All Counsel (w/out attachment)
       File

JOSEPH A. LANE, Clerk of the Court of Appeal, Second Appellate District, State of California, do hereby certify that the preceding is a true and correct copy of the Original of this document on file in this Court, as shown by the records of my office.

Witness my hand and the seal of this Court.

Dated JAN 31 2017

By _____
Deputy Clerk