**EXHIBIT "4"**

1  Andrea G. Van Leesten, Esq. (SBN #152628)
   LAW OFFICE OF ANDREA G. VAN LEESTEN
2  6101 West Centinela Avenue, Ste 392
   Culver City, CA 90230
3  Telephone: (310)410-1717
   Facsimile: (310) 410-1747
4
   Attorney for Nancy Willis,
5  Successor Trustee

6

7

**FILED**

Los Angeles Superior Court

**JAN 21 2011**

John A. Clarke, Executive Officer/Clerk

By _____, Deputy
         M ZENAROSA

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF LOS ANGELES

10

11  In Re the Matter of:              CASE NO. BP 120 811

12                                    NOTICE OF ENTRY OF JUDGEMENT

13  GWENDOLYN R. MOORE
    TRUST,
14      dated December 9, 2004.

15

16

17

18      PLEASE TAKE NOTICE THAT JUDGEMENT WAS ENTERED IN THIS MATTER

19

20  ON JANUARY 05, 2011   A COPY OF THE JUDGEMENT IS ATTACHED

21  HERETO AS EXHIBIT 1

22

23

24

25

26

27

28
                                        1
    ─────────────────────────────────────────────────────────
    **GWENDOLYN R. MOORE TRUST**        **NOTICE OF ENTRY OF JUDGEMENT**

    C \Documents and Settings\Andrea\My Documents\Trust clients\Gwendoly Moore Trust admin probate\cover sheet.wpd

1    Andrea G. Van Leesten, Esq. (SBN #152628)
LAW OFFICE OF ANDREA G. VAN LEESTEN
2    6101 West Centinela Avenue, Ste 270
Culver City, CA 90230
3    Telephone: (310)410-1717
Facsimile: (310) 410-1747
4

5    Attorney for Nancy Willis,
Successor Trustee

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 05 2011

John A. Clark, Executive Officer/ Clerk
By_____, Deputy

6

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF LOS ANGELES

10

11    In Re the Matter of:           CASE NO. BP 120 811
                            ~~and BP 120368~~
12

                            ORDER AFTER HEARING
13    GWENDOLYN R. MOORE
TRUST,
14      dated December 9, 2004.

15                             Date:    September 8, 2010
                            Time:    8:30 a.m.
16                             Dept:    5
                            Hon. Mitchell L. Beckloff

17

18

19    THE HONORABLE   Mitchell L Beckloff, presiding

20    DATE OF HEARING ~~June 9, 2010~~ *September 8, 2010*

21    Department 5

22        Appearing at the hearing Trustee, Nancy Willis, her counsel, Andrea G Van Leesten,

23    Esq , Mina N Sirkin, Esq , for Petitioner, Yolanda Page and Mina N Sirkin , specially appearing

24    for Ernest Page Reggie L Bishop appeared, as well as his counsel, Larry Lleweyn, Esq

25        **THE COURT**, having considered the pleadings and documents heretofore filed by the

26    parties and having heard argument, in support of and in opposition to, the PETITION TO

27    CONFIRM THE SETTLEMENT AGREEMENT AND TO APPROVE THE GWENDOLYN R.

28    MOORE TRUST DATED DECEMBER 9, 2004 AND AS AMENDED THE BY THIRD

GWENDOLYN R. MOORE TRUST                     ORDER AFTER HEARING
C \Users\User\Documents\Order on Pet to confirm settlement agreement v3 wpd

Exhibit 1

1  AMENDMENT AND THE MODIFICATIONS, does hereby makes only the following Orders at

2  this time

3      1  The Settlement Agreement dated July 17, 2010 as filed in the Petition is approved and

4  incorporated in the order by reference

5      2  The Settlement Agreement, remains under the jurisdiction of the Los Angeles Superior

6  Court with respect to the enforcement and completion of the settlement provided herein

7      3  The Gwendolyn R Moore Trust as amended by the Third Amendment of November 6,

8  2009 is confirmed by the Court except as modified below

9      ~~4) The Will of Gwendolyn R Moore and the third Codicil as modified is approved~~

10     5.  Yolanda Page, William Brown and Ernest Brown will receive the sum of

11  $438,500.00 per the Settlement Agreement, first from the sale of the real property located at

12  4572 Mt Vernon Drive, Los Angeles, CA. ~~If the proceeds do not net the $438,500.00 then~~

13  ~~the Successor Trustee shall use, sell or borrow from or against any or all other assets of the~~

14  ~~Trust to pay the specific distribution to Yolanda Page, William Brown, and Ernest Brown.~~

15  ~~This specific distribution shall have priority over all distributions, attorneys fees, and~~

16  ~~trustees fees.~~

17     6  The Successor Trustee, Nancy Willis shall next distribute the sum of $2,500 each to the

18  specifically named beneficiaries as modified by agreement of the Parties  Doris Frierson, Tiffany

19  Frierson, Shannon Nelson, Roland Jefferson, Jr Rodney Jefferson, Royce Jefferson, Ronald

20  Copeland, Kyle Copeland, Caryl Thompson, Patricia Sides, Nicole Hayes, Fred Page, Jr , Nicholas

21  Brown, Kimberly Johnson Davis, Mindy Brown Berry, Alta Williams and Congregational Church

22  of Christian Fellowship

23     7  The rest, remainder and residue of the Trust both real and personal shall be distributed

24  as follows  1/6 to Brenda Richards, 1/6 to Fred Richards and 2/3 to Reggie Bishop

25

26     ~~8) Nancy Willis, is the named Successor Trustee of the Gwendolyn R Moore Trust dated~~

27  ~~December 9, 2004 as amended to carry out the terms of the Trust and the modifications herein~~

28     ~~9) Nancy Willis is the Executrix of the Estate under the Third Codicil.~~

2

**GWENDOLYN R. MOORE TRUST**                         **ORDER AFTER HEARING**

C \Users\User\Documents\Order on Pet to confirm settlement agreement v3 wpd

1       10  Each of the Parties shall bear their own attorney's fees and cost, excepting those fees

2  provided for in the Settlement Agreement

3

4  Approved as to Form and Content

5

6  Mina N  Sirkin, Attorney for,
    Yolanda Page

7

8  IT IS SO ORDERED

9  Dated _____, 2010
    JAN 0 5 2011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Larry D  Lewellyn
for Respondent/ Objector
Reggie L    Bishop

*objections reviewed,
considered + overruled*

MITCHELL L  BECKLOFF, Judge

Honorable Mitchell L  Beckloff
Judge of the Superior Court

3

GWENDOLYN R. MOORE TRUST              ORDER AFTER HEARING
C \Users\User\Documents\Order on Pet to confirm settlement agreement v3 wpd

01/21/2011

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )
                            )SS
COUNTY OF LOS ANGELES)

I am employed in the County of Los Angeles, State of California   I am over the age of 18 and am not a party to the within action   My business address is 6101 W  Centinela Ave , Ste 270, Culver City, Ca  90230

On November 15, 2010, I served the foregoing documents described as

## ORDER AFTER HEARING

on the listed parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as shown on the attached list

LARRY D  LEWELLYN, ESQ                MINA SIRKIN, ESQ
LAW OFFICES OF                        SIRKIN & SIRKIN
LARRY D LEWELLYN                      21550 OXNARD STREET
3255 WILSHIRE BLVD                    3RD FLOOR
SUITE 1024                            WOODLAND HILLS, CA 91367
LOS ANGELES, CA 90010

(BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing   Under that practice it would be deposited with U S  Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

I declare under penalty of perjury that the above is true and correct
Executed on November 15, 2010 at Culver City, California


SYLVIA LAMB

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )
                                             )SS
COUNTY OF LOS ANGELES)

     I am employed in the County of Los Angeles, State of California  I am over the age of 18 and am not a party to the within action  My business address is 6101 W  CENTINELA AVE , SUITE 270, CULVER CITY, CA. 90230

     On January 20, 2011, I served the foregoing documents described as

### NOTICE OF ENTRY OF JUDGEMENT

### SEE ATTACHED MAILING LIST

[ X ] **depositing** each envelope into the U S  Mail with 1ˢᵗ - class postage fully prepaid at a mail box or collection facility in the city and state of my business address  "Parties Served" lists all *parties and counsel served in the within matter, and their respective capacities*

(BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing  Under that practice it would be deposited with U S Postal Service on that same day with postage thereon fully prepaid at Culver City, California in the ordinary course of business  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit  See Attached "Parties Served"

     I declare under penalty of perjury that the above is true and correct
     Executed on January 20, 2011, at Culver City, California

SYLVIA LAMB

DE-120(MA)/GC-020(MA)

| [X] ESTATE    [ ] GUARDIANSHIP    [ ] CONSERVATORSHIP    [ ] MATTER    OF | CASE NUMBER |
|---|---|
| (Name)  GWENDOLYN R  MOORE | BP 130811 |

## ATTACHMENT TO NOTICE OF HEARING PROOF OF SERVICE BY MAIL

*(This Attachment is for use with forms DE-120 and GC-020 )*

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| No | Name of person served | Address *(number, street, city, and zip code)* |
|---|---|---|
| — | ROYCE JEFFERSON | 4548 DON RODOLFO PL<br>LOS ANGELES, CA 90008 |
| — | KYLE COPELAND | 4266 1/2 LEIMERT BLVD<br>LOS ANGELES, CA 90008 |
| — | ROLAND JEFFERSON, JR. | 108 SCHOOLHOUSE LANE<br>MT. LAUREL, NJ 08054 |
| — | RODNEY JEFFERSON | 1663 COUNTRYWOOD DRIVE<br>HOSCHTON, GA 30548 |
| — | RONALD COPELAND | 4171 CAMARONWAY<br>SNELLVILLE, GA 30039 |
| — | DORIS FRIERSON | 4630 VICTORIA AVE<br>LOS ANGELES, CA 90043 |
| — | TIFFANY FRIERSON | 6133 S  FAIRFAX<br>LOS ANGELES, CA 90059 |
| — | SHANNON JEFFERSON NELSON | 2421 WEST 85TH STREET<br>INGLEWOOD, CA 90305 |
| — | CARYL THOMPSON | 10350 BASELINE RD<br>UNIT 184<br>ALTA LOMA, CA 91701 |
| — | PATRICIA SIDES | 308 NORTH ROSSMORE<br>APT  1<br>LOS ANGELES, CA 90004 |
| — | NICOLE HAYES | 3055 16TH STREET NW<br>APT  404<br>WASHINGTON, DC 20009 |
| — | FRED PAGE, JR | 1040 KNOLLWOOD LAND<br>WEST CHICAGO, IL 60185 |

Form Approved for Optional Use
Judicial Council of California
DE 120(MA)/GC 020(MA)
[New July 1  2005]

**ATTACHMENT TO NOTICE OF HEARING PROOF OF SERVICE BY MAIL**
(Probate—Decedents' Estates and Guardianships and Conservatorships)

Legal
Solutions
Plus

DE-120(MA)/GC-020(MA)

| [X] ESTATE  [ ] GUARDIANSHIP  [ ] CONSERVATORSHIP  [ ] MATTER  OF | CASE NUMBER |
|---|---|
| (Name)   GWENDOLYN R   MOORE | BP 120811 |

## ATTACHMENT TO NOTICE OF HEARING PROOF OF SERVICE BY MAIL

*(This Attachment is for use with forms DE-120 and GC-020 )*

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| No | Name of person served | Address *(number, street, city, and zip code)* |
|---|---|---|
| — | BRYANT HAYES | 238 S   GAGE<br>#907<br>TOPEKA, KS 66606 |
| — | COZETTA BRIDGEFORD | 4095 FRUIT STREET<br>SPACE 211<br>LAVERNE, CA 91750 |
| — | KIMBERLY J   DAVIS | 3301 N   PARK DRIVE<br>UNIT 416<br>SACRAMENTO, CA 92840 |
| — | MINDY BROWN BERRY | 3008 VIA SARAFINA DR<br>HENDERSON, NV 89052 |
| — | NICHOLAS BROWN | 12052 SHERIDAN LANE<br>GARDEN GROVE, CA 92640 |
| — | ERNEST BROWN | 12052 SHERIDAN LANE<br>GARDEN GROVE, CA 92840 |
| — | REGGIE BISHOP | 3307 STOCKER STREET<br>LOS ANGELES, CA 90008 |
| — | ALTA WILLIAMS | 3500 W   MANCHESTER<br>UNIT 437<br>INGLEWOOD, CA 90305-2157 |
| — | CONGREGATIONAL CHURCH OF<br>CHRISTIAN FELLOWSHIP | 2085 S. HOBART BLVD<br>LOS ANGELES, CA 90019 |
| — | FRED RICHARDS | 114 SUNSET PLACE<br>LAKE BLUFF, IL 60044 |
| — | MINA SIRKIN<br>SIRKIN & SIRKIN | 21550 OXNARD STREET<br>3RD FLOOR<br>WOODLAND HILLS, CA 91367 |
| — | | |

Page ___ of ___

**ATTACHMENT TO NOTICE OF HEARING PROOF OF SERVICE BY MAIL**
(Probate—Decedents' Estates and Guardianships and Conservatorships)

Legal Solutions™
Plus

| PETITIONER/PLAINTIFF    GWENDOLYN R  MOORE TRUST | CASE NUMBER |
|---|---|
| RESPONDENT/DEFENDANT | BP 120811 |

MILLICENT COPELAND
3419 S  REDONDO BLVD
LOS ANGELES, CA 90016

MELAINIE M  JEFFERSON
4548 DON RODOLFO PL
LOS ANGELES, CA 90008

LARRY D  LEWELLYN, ESQ
LAW OFFICES OF LARRY D  LEWELLYN
3255 WILSHIRE BLVD
SUITE 10245
LOS ANGELES, CA 90010

NANCY E. WILLIS
4566 MT  VERNON DRIVE
LOS ANGELES, CA 90043

YOLANDA PAGE
1040 KNOLLWOOD LAND
WEST CHICAGO, IL 60185

WILLIAM BROWN
4921 CREST COURT
COUNTRY CLUB HILLS, IL 60477

BRENDA RICHARDS
1881 BUCKINGHAM ROAD
LOS ANGELES, CA 90019

Legal
Solutions
Plus



I certify that this is a true and correct copy of the
original_____NOTICE_____
on file in this office consisting of ___4___ pages.

**SHERRI R. CARTER**, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.

DATE JAN 2 3 2017 By:_____, Deputy

Manuel Gines