**EXHIBIT "6"**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Department    LA    11                                                            06/26/2014

Court Convened at:    1000AM

Honorable James A. Steele

Connie Hudson, Deputy Court Clerk
Paula Renteria CSR 9374, Reporter

BP-120811    3002    MOORE, GWENDOLYN R. - TRUST (12/9/2004)

Trust Proceedings

MOTION - COMPEL RESPONSES
Petitioner(s):    Richards, III, Frederick F.    Richards, Brenda Moore

*Efrem Clark* ✓
*Nancy Willis* ✓
*Reggie Bishop* ✓

Attorney(s):    Glasco, A. George ✓

Continuance Number:            Continuance From:

Last Date Changed:    6/25/2014 11:51:04AM            Last Note Changed By:    BPENNY

To clear probate notes "filed documents" must be submitted to Rm 429, within time frames set forth in Rule 4.4 (b) of LASC Rules. You may contact the Probate Attorney or Probate Examiner whose E-Mail address appears at the end of these notes, subject to compliance with all conditions governing the use of Interactive E-Mail. E-mail Rules are available on the Court's web site at www.LASuperiorCourt.org.

The Court announces its tentative decision.

Court grants Frederick F. Richards, III and Brenda M. Richards' motion to compel Form and Special Interrogatories (Set One) and Document Requests (Set One and Two). Reggie L. Bishop is to respond within 20 calendar days.

Moving parties' request to deem Request for Admission Admitted is granted.

The parties' request for monetary sanctions against Nancy Willis is granted in the amount of $2490.00, payable within 20 days of today.

Moving parties' request for sanctions against Reggie L. Bishop is deferred until hearing on August 19, 2014.

MINUTE ORDER *as indicated*

☒ Granted  ☐ Denied Without Prejudice  ☐ Completed  ☐ Continued to _____  ☐ Submitted  ☐ Off-calendar
☐ As Supplemented  ☐ Person and Estate  ☐ No Bond  ☐ Bond of $_____ Additional  ☐ Will and _____ Codicil(s) Admitted
☐ Full/Limited/No IAEA  ☐ Lacks Medical Capacity and Voting Capacity  ☐ Fees Granted in the Amount of $_____  _____ County/Estate
☐ Dementia Powers Granted  ☐ Medical and Placement  ☐ PC 2351.5 powers granted  ☒ Supplemental Probate Investigator/DCFS Report Ordered
☐ Court has Read and Considered/Approved Report  ☐ Parties stipulate to Judge Pro Tem- written  ☒ Give Notice Waived *Glasco*  ☐ Bond Exonerated
☐ Court Investigation/DCFS/Regional Center Report is placed in the Confidential Envelope / is admitted into evidence as Court's Exhibit 1 and sealed
☐ PVP/Attorney/Citee/Party Ordered Back/Discharged/As Prayed  ☐ Appearance of Minor(s)/counsel waived for next hearing  ☐ No further review required
☐ New Citation to issue/personal service  ☐ Re: If proof of deposit to a blocked account filed  ☐ PVP Appointed/Remains/Discharged
☐ Confirmed for $_____, Commissions:_____, Title:_____
☐ Time to Administer Estate // Special/Temporary Letters Extended/Granted to _____  *MP's request for sanctions*
☐ Accounting  ☐ Petn. for Final Distribution or Status Report to be filed by _____ and set for hearing. *against Reggie L. Bishop*
is set for hearing on    8-19-14    . OSC date vacated if Accounting, Final Distribution or Status Report filed timely.

RECOMMENDED DISPOSITION:

Order to be Prepared By:                RELATED ITEMS:

Clerk: ___ Attorney: X

| 06/26/2014 | LA | 11 | BP-120811 | 3002 |

MOORE, GWENDOLYN R. - TRUST (12/9/2004)

Page 1 of 1



I certify that this is a true and correct copy of the original _MINUTE ORDER_ on file in this office consisting of _1_ pages.

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: JAN 2 3 2017 _____, Deputy

Manuel Gines