**EXHIBIT "7"**

A. GEORGE GLASCO, SBN 065935
LAW OFFICE OF A. GEORGE GLASCO, P.C.
729 Mission Street, Suite 300
South Pasadena, CA 91030
626-403-2288; Fax: 626-403-2291
Email: george@glascolaw.com

Attorneys for Trust Beneficiaries,
Frederick F. Richards III and
Brenda Moore Richards

**FILED**
Superior Court of California
County of Los Angeles

JUN 26 2014

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Connie Hudson

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| In the Matter of the:<br><br>GWENDOLYN R. MOORE TRUST<br><br>FREDERICK F. RICHARDS III, and<br>BRENDA MOORE RICHARDS<br><br>       Petitioners,<br><br>   v.<br><br>NANCY WILLIS, TRUSTEE,<br>REGGIE LYN BISHOP SR., aka REGGIE L.<br>BISHOP, AKA REGGIE L. BISHOP SR, Does<br>"1" through "10"<br><br>       Respondents. | Case No.: BP120811<br><br>ORDER GRANTING THE DEFAULT<br>OF REGGIE L. BISHOP, REQUIRED<br>NOTICE AND SETTING OF TRIAL<br><br>DATE: May 21, 2014<br>TIME: 8:30 a.m.<br>DEPT: 11 |

The Trial Setting Conference, the hearing on the Petition for Surcharge, Elder Abuse, etc., the Petition for Attorney's Fees against Nancy Willis, Individually and as Trustee, and the Petition for Inspection and Sale of the Stocker Property came on for hearing on May 21, 2014 in Department 11

---

Page 1 of 3
Order Entering Default of Reggie L. Bishop, Notice on Filing and Trial Setting Conference.
BP120811

during the 8:30 a.m. calendar of the above-entitled court, the Honorable James A. Steele presiding. Appearing were Trust Beneficiary Brenda Moore Richards, and attorney A. George Glasco of the LAW OFFICES OF A. GEORGE GLASCO, P.C. representing Trust Beneficiaries Frederick F. Richards III and Brenda Moore Richards. Attorney Efrem A. Clark appeared on behalf of Nancy Willis, Individually, and as Trustee of the Gwendolyn R. Moore Trust. The court has read and considered the papers relative to the said Petitions, and the argument by counsel. It appears that good cause exists to enter the default of Petitioner Reggie L. Bishop and to preclude his filing of any further papers in the within case since he failed to file responsive pleadings relative to the Petition for Surcharge, Elder Abuse, etc., and the Petition for Inspection and Sale of the Stocker Property, despite having been given several opportunities by the court to do so.

NOW THEREFORE, GOOD CAUSE APPEARING, it is ordered that the court enters the default of said Reggie L. Bishop and bars him from opposing the Petition for Surcharge, Elder Abuse, etc,. the Petition for Inspection and Sale of the Stocker Property.

IT IS FURTHER ORDERED that henceforth pending further orders by the court, only the parties and those who requested special notice herein, need be served with a copy of any filing and/or notice herein;

IT IS FURTHER ORDERED that all further matters - Petition for Surcharge, Elder Abuse, etc.; Motion (Petition) for Attorneys' Fees; Motion (Petition) to Make said Stocker Property Available for Inspection for Sale - are continued to the dates for trial. The trial dates are: August 27, 2014 on the 9:30 a.m. and August 28-29, 2014 at 1:30p.m. in Department 11 of the above entitled court. The parties have been given a copy of the Court Mandatory Joint trial Statement conference Court and Trial Preparation/FEC Checklist, and are ordered to comply therewith.

IT IS FURTHER ORDERED that all parties and counsel must be timely for trial. The court has forewarned all parties and their attorneys that pursuant to CCP section 177.5, failure to comply with the court's orders will result in court sanctions in the amount of $1,500.00.

DATED: 6/26/14

JAMES A. STEELE
Judge of the Superior Court

Presented by:

A. GEORGE GLASCO
LAW OFFICES OF A. GEORGE GLASCO, APC
Attorneys for Trust Beneficiaries Brenda Moore Richards and Frederick Richards III



I certify that this is a true and correct copy of the original __MINUTE ORDER__ on file in this office consisting of __3__ pages.

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

JAN 2 3 2017 _____ Deputy

Manuel Gines