EXHIBIT "8"

```
 1  A. GEORGE GLASCO, SBN 065935
    LAW OFFICE OF A. GEORGE GLASCO, P.C.
 2  729 Mission Street, Suite 300
    South Pasadena, CA 91030
 3  626-403-2288; Fax: 626-403-2291
    Email: george@glascolaw.com
 4
    Attorneys for Trust Beneficiaries,
 5  Frederick F. Richards III and
    Brenda Moore Richards
 6
 7
 8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9          FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT
10  In the Matter of the:                )   Case No.: BP120811
                                         )
11  GWENDOLYN R. MOORE TRUST             )   TRUST BENEFICIARIES
                                         )   FREDERICK F. RICHARDS III AND
12                                       )   BRENDA MOORE RICHARDS'
    FREDERICK F. RICHARDS III, and       )   NOTICE OF FINAL STATUS
13  BRENDA MOORE RICHARDS                )   CONFERENCE AND TRIAL
                                         )
14                                       )
                   Petitioners,           )  FSC:             March 18, 2015
15                                       )   TRIAL DATES: April 1-3, 2015; April 6-9, 2015
          v.                             )   DEPARTMENT: 67
16                                       )
    NANCY WILLIS, TRUSTEE,               )
17  REGGIE LYN BISHOP SR., aka REGGIE L. )
    BISHOP, AKA REGGIE L. BISHOP SR, Does)
18  "1" through "10"                     )
                                         )
19                 Respondents.          )
                                         )
20
21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
22
23
24
25
26
27
28
```

FILED
Superior Court of California
County of Los Angeles

FEB 19 2015

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy
    Herman Tarn

1  PLEASE TAKE NOTICE that the Final Status Conference on the trial of the within Petition for

2  Surcharge, Elder Abuse, Quiet Title, etc. filed herein on May 17, 2013 will occur on March 18, 2015 at

3  8:30 a.m. in department 67 of the above-entitled court.

4  PLEASE TAKE FURTHER NOTICE that the Trial of the within Petition for Surcharge, Elder

5  Abuse, Quiet Title, etc. filed herein on May 17, 2013 will occur on April 1, 2015 at 1:30 p.m.; April 2,

6  2015 at 1:30 p.m.; April 3, 2015 at 1:30 p.m.; April 6, 2015 at 1:30 p.m.; April 7, 2015 at 8:30 a.m.;

7  April 8, 2015 at 1:30 p.m.; and April 9, 2015 at 1:30 p.m., in department 67 of the above-entitled court.

8  PLEASE TAKE FURTHER NOTICE that notwithstanding the court's Order Granting the

9  Default of Reggie L. Bishop barring Reggie L. Bishop from opposing the Petition for Surcharge, Elder

10  Abuse, etc., the Petition for Inspection and Sale of the Stocker Property, filed herein on June 26, 2014

11  and the court's Minute Order on Reggie L. Bishop's inability to defendant matters, filed herein on May

12  21, 2014, that as permitted by law, <u>Reggie L. Bishop is still permitted to testify and contest the quiet

13  title action regarding 3305 Stocker Street in the city of Los Angeles</u>, CA. 90008, legally described as

14  LOT 173 of TRACT 10023; AS PER MAP RECORDED IN BOOK 150, PAGES 46 OF MAPS, IN

15  THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY [APN 5024-026-002].

16  

17  DATED: February 17, 2015

18                                          By _____A. George Glasco_____

19                                          A. GEORGE GLASCO, Esq.
                                            LAW OFFICES OF A. GEORGE GLASCO, P.C.
20                                          Attorneys for Trust Beneficiaries Frederick F. Richards III
                                            and Brenda Moore Richards

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1  I am a resident of the State of California, County of Los Angeles. I am over the age of 18 and am not a party to the within action. My business address is 729 Mission Street, Suite 300, South Pasadena, CA 91030.

On February 18th, 2015, I served the following document(s) described as: **TRUST BENEFICIARIES FREDERICK F. RICHARDS III AND BRENDA MOORE RICHARDS' NOTICE OF FINAL STATUS CONFERENCE AND TRIAL**, on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**X** BY CERTIFIED MAIL/RETURN RECEIPT: I am "readily familiar" with the firm's practice of collection and processing documents for certified mailing. Under that practice, the document would be deposited with the U.S. postal service on that same day with certified/return receipt postage thereon fully prepaid at South Pasadena, California in the ordinary course of business.

**SEE ATTACHED SERVICE LIST**

**X** BY MAIL: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice, the document would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at South Pasadena, California in the ordinary course of business.

___ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile service, and the transmission was reported as complete and without error.

**X** STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of February, 2015, at South Pasadena, California.

MICHAEL QUIROGA

## SERVICE LIST: BP120811

### BY CERTIFIED MAIL/RETURN RECEIPT:

Reggie Bishop, Petitioner and Trust Beneficiary
3305 Stocker St.
Los Angeles, CA 90008

### BY MAIL:

Efrem A. Clark, Esq.
Attorney for Nancy Willis, Individually and as
Suspended Trustee of the Gwendolyn R. Moore Trust
3210 West 54th Street
Los Angeles, CA 90043

Frederick F. Richards, Trust Beneficiary
Thompson Coburn
55 E. Monroe Street Floor 37
Chicago IL 60603-6029

Brenda Moore Richards, Trust Beneficiary and Temporary Trustee
1881 Buckingham Road
Los Angeles CA 90019-5908

### REQUESTED SPECIAL NOTICE:

Millicent Copeland
3419 S. Redondo Blvd.
Los Angeles, CA 90016

Melanie M. Jefferson
4548 Don Rodolfo Place
Los Angeles, CA 90008

