**EXHIBIT "9"**

1  A. GEORGE GLASCO, SBN 065935
   LAW OFFICE OF A. GEORGE GLASCO, P.C.
2  729 Mission Street, Suite 300
   South Pasadena, CA 91030
3  626-403-2288; Fax: 626-403-2291
   Email: george@Glascolaw.com

4  Attorneys for Trust Beneficiaries
   Frederick F. Richards III and
5  Brenda Moore Richards

**FILED**
Superior Court of California
County of Los Angeles

**APR 0 3 2015**

Sherri R. Carter, Executive Officer/Clerk

By_____, Deputy
Sheron Williams

6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8              FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

9  In the Matter of the:                    )  Case No.: BP120811
                                            )
10 GWENDOLYN R. MOORE TRUST                 )
                                            )
11                                          )  ORDER GRANTING MOTION TO FILE
                                            )  FIRST AMENDED PETITION FOR:
12                                          )  1.  SURCHARGE ON SUCCESSOR
                                            )      TRUSTEE NANCY WILLIS
13                                          )  2.  FINANCIAL ELDER ABUSE
                                            )      (WELFARE & INSTITUTIONS CODE
14                                          )      SECTION 15610.30);
                                            )  3.  BREACH OF FIDUCIARY DUTY
15                                          )  4.  FRAUD
                                            )  5.  CONVERSION
16                                          )  6.  CONSTRUCTIVE TRUST
                                            )  7.  CONSTRUCTIVE FRAUD
17                                          )  8.  ACCOUNTING
                                            )  9.  NEGLIGENCE PER SE
18                                          )  10. QUIET TITLE
                                            )  11. CANCELLATION OF DEEDS
19                                          )  12. REMOVAL NANCY WILLIS AS
                                            )      TRUSTEE AND SUSPENDING
20                                          )      TRUSTEE'S POWERS FORTHWITH
21                                                 AND APPOINTING INTERIM
                                                   TRUSTEE
22

23

24_____)

25

26      The Ex Parte Application for an order permitting the filing of the Verified First Amended

27 Petition, attached as Exhibit A to the Application, came on for hearing on April 2, 2015 before the court

28 sitting in Department 67, the Honorable David S. Cunningham III presiding.    Appearing were

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the State of California, County of Los Angeles. I am over the age of 18 and am not a party to the within action. My business address is 729 Mission Street, Suite 300, South Pasadena, CA 91030.

On April 3rd, 2015, I served the following document(s) described as:

**ORDER GRANTING MOTION TO FILE FIRST AMENDED PETITION FOR:**
1. **SURCHARGE ON SUCCESSOR TRUSTEE NANCY WILLIS**
2. **FINANCIAL ELDER ABUSE (WELFARE & INSTITUTIONS CODE SECTION 15610.30);**
3. **BREACH OF FIDUCIARY DUTY**
4. **FRAUD**
5. **CONVERSION**
6. **CONSTRUCTIVE TRUST**
7. **CONSTRUCTIVE FRAUD**
8. **ACCOUNTING**
9. **NEGLIGENCE PER SE**
10. **QUIET TITLE**
11. **CANCELLATION OF DEEDS**
12. **REMOVAL NANCY WILLIS AS TRUSTEE AND SUSPENDING TRUSTEE'S POWERS FORTHWITH AND APPOINTING INTERIM TRUSTEE,** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

PERSONAL HAND DELIVERY IN DEPT. 67 OF L.A.S.C.
Efrem A. Clark, Esq.
Attorney for Nancy Willis, Individually and as
Suspended Trustee of the Gwendolyn R. Moore Trust

 **X  BY HAND DELIVERY:** I personally handed the pleading referenced above to attorney Efrem A. Clark in Department 67 of the Los Angeles Superior Court.

 **X  STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of April, 2015, at South Pasadena, California.


_____
MICHAEL QUIROGA

I certify that this is a true and correct copy of the
original_____
on file in this office consisting of _3_ pages.
SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.
DATE JAN 2 3 2017 _____, Deputy
Manuel Gines

Petitioners Brenda Moore Richards and Frederick F. Richards III and their attorney A. George Glasco of

the Law Offices of A. George Glasco, APC.  Also appearing was Respondent Nancy W. Willis and her

attorney Efrem Clark.

WHEREAS attorney for Respondent Willis states that Willis does not oppose the Application

for the filing of the First Amended Petition and all counsel represent that the proposed Amended

Petition requests alternative remedies, i.e. that title to the Stocker property be quieted in the name of

the name of the Gwendolyn R. Moore Trust instead of the Petitioners as initially prayed, and that Brenda

Moore Richards be appointed Trustee instead of Interim Trustee of said Trust;

NOW THEREFORE, GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioners Ex Parte Application for an Order to file the First

Amended Petition is granted.  Said First Amended Petition is deemed filed this date.

IT IS FUTHER ORDERED that no responsive pleadings are to be filed in response to the First

Amended Petition as it provides no additional substantive allegations against any Respondent therein.

DATED: 4/3/15

DAVID S. CUNNINGHAM III
Judge of the Superior Court

STIPULATED AND AGREED:

DATED: 04/03/15

By A. George Glasco
A. GEORGE GLASCO
LAW OFFICES OF GEORGE GLASCO, P.C.
Attorneys for Trust Beneficiaries
Frederick F. Richards III and
Brenda Moore Richards

DATED: 4/3/15

By Efrem A. Clark
Efrem A. Clark, Esq.
Attorneys for Defendant/Respondent Nancy Willis,
Individually and as Suspended Trustee of the
Gwendolyn R. Moore Trust.