**EXHIBIT "11"**

A. GEORGE GLASCO, SBN 065935
CAROLYN NAJERA, SBN 278859
LAW OFFICE OF A. GEORGE GLASCO, P.C.
729 Mission Street, Suite 300
South Pasadena, CA 91030
626-403-2288; Fax: 626-403-2291
Email: george@Glascolaw.com

Attorneys for Trust Beneficiaries
Frederick F. Richards III and
Brenda Moore Richards

**FILED**
Superior Court of California
County of Los Angeles

DEC 0 4 2012

John A. Clarke, Executive Officer/Clerk
By_____V. Dove_____, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| In the Matter of the:<br><br>GWENDOLYN R. MOORE TRUST | Case No.: BP120811<br><br>ORDER ON MOTION TO ENFORCE JUDGMENT BY PETITIONERS FREDERICK F. RICHARDS III AND BRENDA MOORE RICHARDS<br><br>Date:   September 21, 2012<br>Time:   8:30 a.m.<br>Dept.:   "5"<br>Judge:  Hon. Mitchell L. Beckloff |

The hearing on the court-ordered accounting by the Trustee came on for hearing on September 21, 2012 during the 8:30 a.m. court calendar in Department 5 of the above-entitled court, the Honorable Mitchell L. Beckloff presiding. Appearing were attorneys A. George Glasco and Carolyn Najera of the LAW OFFICES OF A. GEORGE GLASCO, P.C. for Frederick F. Richards III and Brenda Moore Richards, petitioners and beneficiaries of the Gwendolyn R. Moore Trust; also present were the said

1  Frederick F. Richards III and Brenda Moore Richards. Nancy Willis, the Trustee of the Gwendolyn R.
2  Moore Trust, did not appear.
3    WHEREAS the court finds that all notices required by law having been duly given, and it
4  appearing that good cause exists to enforce the judgment previously entered herein, which judgment
5  incorporated the settlement concerning the disposition of monies to the beneficiaries of said Trust,
6
7  including the Petitioners herein,
8    NOW THEREFORE, GOOD CAUSE APPEARING,
9    IT IS HEREBY ORDERED that:
10  1. Trustee Nancy Willis pay one-sixth of $121,514.00 to Trust Beneficiary Frederick F. Richards
11     III, and one-sixth of $121,514.00 to Brenda Moore Richards;
12
13  2. Real Property situated at 3305 Stocker Street, Los Angeles, California 90008, further described
14     as LOT 173 OF TRACT 10023, AS PER MAP RECORDED IN BOOK 150, PAGES 46 OF
15     MAPS, IN THE OFFICE OF THE COUNTRY RECORDER OF SAID COUNTY [APN 5024-
16     026-002], be listed with a recognized broker, actively marketed and sold;
17
18  3. That the proceeds from the sale of said real property is not to be distributed pending further
19     order(s) of this court.
20
21  DATED: _DEC 0 4 2012_
                                                    _____
22                                                  Hon. Mitchell L. Beckloff
                                                    Judge of the Superior Court
23
24  Respectfully submitted this 6th day of November, 2012.
25
26  By _Carolyn Najera_
    CAROLYN NAJERA
27  LAW OFFICES OF GEORGE GLASCO, P.C.
    Attorneys for Trust Beneficiaries
28  Frederick F. Richards III and
    Brenda Moore Richards

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am a resident of the State of California, County of Los Angeles. I am over the age of 18 and am not a party to the within action. My business address is 729 Mission Street, Suite 300, South Pasadena, CA 91030.

On October 25, 2012 I served the following document(s) described as:

**ORDER ON MOTION TO ENFORCE JUDGMENT BY PETITIONERS FREDERICK F. RICHARDS III AND BRENDA MOORE RICHARDS**

__X__    **BY MAIL:** I am also familiar with the business' practice collection and processing of correspondence for mailing with the United States Postal Service. According to this practice the article would be deposited with the United States Postal Service the same day in the ordinary course of business. I mailed and placed the original and/or a true copy thereof in an envelope, with postage fully prepaid thereon at 729 Mission Street, Suite 300, South Pasadena, California, addressed to the parties below:

**SEE ATTACHED SERVICE LIST**

__X__    **BY CERTIFIED MAIL/RETURN RECEIPT:** I am also familiar with the business' practice collection and processing of correspondence for certified mailing/return receipt with the United States Postal Service. According to this practice the article would be deposited with the United States Postal Service the same day in the ordinary course of business. I mailed and placed the original and/or a true copy thereof in an envelope, with postage fully prepaid thereon at 729 Mission Street, Suite 300, South Pasadena, California, addressed to the parties below:

**SEE ATTACHED SERVICE LIST**

____    **BY PERSONAL SERVICE:** I placed a true copy of the document described above in a sealed envelope addressed as set forth above, and caused said envelope to be personally delivered to the addressee(s).

____    **BY EXPRESS MAIL:** I placed an original of the document described above in a sealed Express Mail envelope addressed as set forth above for overnight delivery, postage prepaid, and caused said envelope to be delivered to the United States Postal Service, Pasadena Station, for delivery to the office(s) of the addressee(s).

PROOF OF SERVICE.docx

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2012

_____
CAROLYN NAJERA

PROOF OF SERVICE.docx

## SERVICE LIST

### BY CERTIFIED MAIL/RETURN RECEIPT

Nancy Willis
4566 Mt. Vernon Drive
Los Angeles, CA 90043

Reggie Bishop
3305 Stocker St.
Los Angeles, CA 90008-3720

### BY ORIDINARY MAIL

Nancy Willis
4566 Mt. Vernon Drive
Los Angeles, CA 90043

Reggie Bishop
3305 Stocker St.
Los Angeles, CA 90008-3720

Frederick F. Richards III
Thompson Coburn
55 E. Monroe Street, 37th Floor
Chicago, IL 60603

Brenda Moore Richards
1881 Buckingham Road
Los Angeles, CA 90019



I certify that this is a true and correct copy of the original ORDW
on file in this office consisting of 4 pages.
SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.
JAN 2 3 2017  Wn , Deputy

Manuel Gines