**EXHIBIT "12"**

| | | |
|---|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | | |
| Department    LA    67 | | 01/13/2016 |
| Court Convened at: 1000AM | | |
| Honorable David Cunningham | | Karen D. Brown, Deputy Court Clerk |
| R. Hoffman, Deputy Sheriff | | S. Baker, CSR 9249, Reporter |

BP120811        3002        MOORE, GWENDOLYN R. - TRUST (12/9/2004)

Trust Proceedings

MOTION - ATTORNEY FEES

Petitioner(s):        Richards, III, Frederick F.

                            Richards, Brenda Moore

Attorney(s):        Glasco, A. George

Continuance Number:    2        Continuance From:    12/14/2015 12:00:00AM

Last Date Changed:    1/12/2016 12:05:39PM                Last Note Changed By:    DGIBSON

To clear probate notes "filed documents" must be submitted to Rm 429, within time frames set forth in Rule 4.4 (b) of LASC Rules. You may contact the Probate Attorney or Probate Examiner whose E-Mail address appears at the end of these notes, subject to compliance with all conditions governing the use of Interactive E-Mail. E-mail Rules are available on the Court's web site at www.LASuperiorCourt.org.

Petitioners Frederick F. Richards, III, And Brenda Moore Richards' Motion For Attorney's Fees And Costs is **GRANTED**.

Petitioners' request for attorney's fees in the amount of $308,930 against Respondent Reggie L. Bishop, pursuant to WIC § 15657.5, is granted. These fees shall be made paid to the Law Offices of A. George Glasco, APC. The Court finds that Respondent has not challenged any specific items in Petitioners' request for attorney's fees as excessive or unwarranted.

Petitioners are not entitled to the recovery of their costs in this matter. While costs were awarded to Petitioners in the First Amended Judgment, the court finds that Petitioners did not file a memorandum of costs in this matter as required by CRC Rule 3.1700(a)(1) the time period allotted under that section.

**MINUTE ORDER**

- ☒ Granted
- ☐ Denied Without Prejudice
- ☐ Completed
- ☐ Continued to _____
- ☐ Submitted
- ☐ Off-calendar
- ☐ As Supplemented
- ☐ Person and Estate
- ☐ No Bond
- ☐ Bond of $_____ Additional
- ☐ Will and _____ Codicil(s) Admitted
- ☐ Full/Limited/No IAEA
- ☐ Lacks Medical Capacity and Voting Capacity
- ☐ Fees Granted in the Amount of $_____ County/Estate
- ☐ Dementia Powers Granted
- ☐ Medical and Placement
- ☐ PC 2351.5 powers granted
- ☐ Supplemental Probate Investigator/DCFS Report Ordered
- ☐ Court has Read and Considered/Approved Report
- ☐ Parties stipulate to Judge Pro Tem- written
- ☒ Give Notice Waived
- ☐ Bond Exonerated
- ☐ Court Investigation/DCFS/Regional Center Report is placed in the Confidential Envelope / is admitted into evidence as Court's Exhibit 1 and sealed
- ☐ PVP/Attorney/Citee/Party Ordered Back/Discharged/As Prayed    ☐ Appearance of Minor(s)/counsel waived for next hearing    ☐ No further review required
- ☐ New Citation to issue/personal service    ☐ Re: if proof of deposit to a blocked account filed    ☐ PVP Appointed/Remains/Discharged
- ☐ Confirmed for $_____, Commissions: _____, Title: _____
- ☐ Time to Administer Estate // Special/Temporary Letters Extended/Granted to _____
- ☐ Accounting    ☐ Petn. for Final Distribution or Status Report to be filed by _____ and set for hearing. An OSC re Accounting and/or Status of Distribution is set/for hearing on _____. OSC date vacated if Accounting, Final Distribution or Status Report filed timely.

**RECOMMENDED DISPOSITION:**

Order to be Prepared By:        RELATED ITEMS:

Clerk: ___   Attorney: ✗        MOORE, GWENDOLYN R. - TRUST (12/9/2004)

01/13/2016        LA        67        BP120811        3002

Page 1 of 1

I certify that this is a true and correct copy of the original _Minute Order_ on file in this office consisting of _1_ pages.

SHERRI R. CARTER, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date JAN 3 1 2017 By: _Alice M. Thompson_

**ALICE M. THOMPSON**